UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO OTINIANO,<br><br>        Petitioner,<br><br>v.<br><br><br>JEFFREY MACOMBER,<br><br>        Respondent. | Case No.:  3:24-cv-1230-CAB-LR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On July 15, 2024, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a request to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. On July 18, 2024, the Court denied Petitioner's IFP motion and dismissed the case because Petitioner's trust account statement indicated he could afford the requisite $5.00 filing fee. ECF No. 3 (citing 28 U.S.C. § 1914(a)). The Court also notified Petitioner that to have his case reopened he must pay the filing fee by September 9, 2024. *See id.* Petitioner subsequently submitted two "supplemental documents," both of which included a copy of a trust account withdrawal request. *See* ECF Nos. 4, 5. The filing fee, however, has not been paid. Therefore, the Court DISMISSES the

action without prejudice. *See* 28 U.S.C. § 1914(a). The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated:  December 13, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge